**June 9, 2016**

# In the Court of Appeals of Georgia

A15A0223. FUCIARELLI v. MCKINNEY et al.

ELLINGTON, Presiding Judge.

The Supreme Court of Georgia reversed Division 2 of our opinion in this case, holding that the Georgia Taxpayer Protection Against False Claims Act, OCGA § 23-3-120 et seq., requires the Attorney General to approve taxpayer retaliation claims brought under subsection (l) of the Act. Accordingly, we vacate Division 2 of our opinion and adopt the opinion of our Supreme Court as our own in place of that division.

*Judgment affirmed. Barnes, P. J., Phipps, P. J., and Dillard, McFadden, Ray, and McMillian, JJ., concur.*